S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-cr-00044-JMK-MMS |
| Plaintiff, | COUNT 1: |
| vs. | ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES |
| FRANK JOSEPH COMA, MICHAEL JOSEPH COMA, and DAVID PATRICK VALLEY, | Vio. of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), 846 |
| Defendants. | CRIMINAL FORFEITURE ALLEGATION: 21 U.S.C. § 853 and Rule 32.2(a) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about December 8, 2021, within the District of Alaska, the defendants,

FRANK JOSEPH COMA, MICHAEL JOSEPH COMA, and DAVID PATRICK

VALLEY, knowingly and intentionally attempted to possess with intent to distribute

controlled substances, to wit: 5 grams or more of methamphetamine.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), 846.

CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendants,

FRANK JOSEPH COMA, MICHAEL JOSEPH COMA, and DAVID PATRICK

VALLEY, shall forfeit to the United States any property constituting, or derived from,

proceeds obtained, directly or indirectly, as a result of the said violation and any property

used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of the said violations, including but not limited to the following:

1. Approximately $29,857 in United States Currency.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a) of the Federal Rules of Criminal

Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Seth Brickey
SETH BRICKEY
Assistant U.S. Attorney
United States of America

s/ Bryan Wilson for
S. LANE TUCKER
United States Attorney
United States of America

Date:    May 17, 2022