S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANK JOSEPH COMA, MICHAEL JOSEPH COMA, and DAVID PATRICK VALLEY,<br><br>　　　　　　Defendants. | No. 3:22-cr-00044-TMB-MMS |

## STATUS REPORT

　　　Final Reports and Recommendations have been issued as to the Defendants' motions to suppress. Dkts. 296, 297 and 298. The Defendants have filed objections to the Final Reports and Recommendations and seek de novo review of the rulings. Dkts. 314, 315, 316, 317, and 320. The motions are now ripe.

//

//

The trial is scheduled for November 4, 2024, before the Court. Dkt. 319. Defense counsel for David Valley and Michael Coma have indicated that they may seek a continuance.

RESPECTFULLY SUBMITTED August 8, 2024 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Seth Brickey*
SETH BRICKEY
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

s/ *Seth Brickey*

*U.S. v. Coma et al.*
3:22-cr-00044-TMB-MMS	Page 2 of 2
Case 3:22-cr-00044-TMB-MMS   Document 326   Filed 08/08/24   Page 2 of 2